# PHILLIPS & ASSOCIATES

*Attorneys at Law*
45 BROADWAY, SUITE 620, NEW YORK, NEW YORK  10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

December 7, 2022

<u>*Via ECF*</u>
The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

   RE: <u>Nival v. Sugar Factory Broadway LLC, et al</u>
      Civil Action No. 22-cv-08463 (LGS)

Your Honor:

This office represents Plaintiff in the above-referenced matter. Plaintiff writes to respectfully request: (a) that the initial conference scheduled for December 14, 2022 at 4:20 p.m., as well as the deadline to submit a corresponding joint letter in advance of the conference, be adjourned *sine die*; and (b) Plaintiff be permitted to file a Proposed Order to Show Cause for Default Judgment on or before January 6, 2022. The requested adjournment is necessary because, although Corporate Defendant's Answer was due on November 11, 2022, Defendant has not appeared nor has any representative of Defendant contacted the undersigned concerning this matter. Accordingly, Plaintiff intends to move forward with requesting Default Judgment pursuant to Your Honor's Individual Rules.

Plaintiff thanks the Court for its time and attention.

Application GRANTED.  The initial conference scheduled for December 14, 2022, is adjourned sine die.  By **January 6, 2022**, Plaintiff shall move for default judgment in accordance with the Court's Individual Rules.  As part of Plaintiff's submission in support of the anticipated order to show cause, Plaintiff shall state whether Plaintiff has served or intends to serve the individual Defendant and how the individual defendant affects the requested default judgment, if at all.

Dated: December 7, 2022
New York, New York

Respectfully submitted,

**PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC**

By:  /s/ Shawn Clark
  Shawn Clark, Esq.

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

1