USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2023

**PHILLIPS & ASSOCIATES**
*Attorneys at Law*
45 Broadway, Suite 620, New York, New York 10006
Tel: (212) 248-7431 Fax: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A Professional Limited Liability Company

March 10, 2023

<u>Via ECF</u>
The Honorable Robert W. Lehrburger
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

      RE:   <u>Nival v. Sugar Factory Broadway LLC, et al</u>
               Civil Action No. 22-cv-08463 (LGS)(RWL)

Your Honor:

      This office represents Plaintiff in the above-referenced matter. Plaintiff writes to respectfully request an extension of time from today to April 7, 2023 to submit Proposed Findings of Fact and Conclusions of Law concerning all damages and other monetary relief permitted under the entry of default judgment. Plaintiff also requests a corresponding extension of time for Defendant Sugar Factory Broadway LLC to submit its response, if any, to Plaintiff's submission from March 24, 2023 to April 21, 2023. The requested extension is necessary to finalize affidavits and collect supporting documents supporting the Proposed Findings.

      Plaintiff thanks the Court for its time and attention.

Request granted.  By March 15, 2023, Plaintiff shall serve a copy of this order on Defendants by any means previously approved by the Court, and shall file proof of service of same.

Respectfully submitted,

**PHILLIPS & ASSOCIATES,
ATTORNEYS AT LAW, PLLC**

By: /s/ Shawn Clark
      Shawn Clark, Esq.

SO ORDERED:

3/10/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

1