```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
STEFANIE NIVAL,                                             :
                                    Plaintiff,              :
                                                            :    22 Civ. 8463 (LGS)
              -against-                                     :
                                                            :         ORDER
SUGAR FACTORY BROADWAY LLC, et al.,                         :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Plaintiff filed a notice of voluntary dismissal on May 19, 2023;

WHEREAS, on May 22, 2023, the Clerk of Court provided Plaintiff with notice that the May 19, 2023, filing was deficient; it is hereby

**ORDERED** that by **May 24, 2023, at 12 P.M.**, Plaintiff shall file a corrected notice of voluntary dismissal in accordance with the instructions provided by the Clerk of Court.

Dated: May 23, 2023
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE